Adam K. Obeid, Esq. (SBN 247188)
**CEDAR ADAMS, P.C.**
600 W. Santa Ana Blvd., Suite 202
Santa Ana, CA 92701
(714) 547-4774
FAX: (714) 547-4710
ako@cedaradams.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| RANDY HESRI, an individual,<br><br>           Plaintiff,<br><br>    v.<br><br>OPTION ONE MORTGAGE CORPORATION, an entity form unknown; WELLS FARGO BANK, N.A., a corporate entity form unknown, as Trustee for SOUNDVIEW HOME LOAN TRUST 2007-OPT1; THE MORTGAGE LAW FIRM, an entity form unknown; DOES 1 through 100, inclusive,<br><br>           Defendants. | **Case No.: 5:17-cv-00058-JVS-SP**<br>Assigned for all purposes to the<br>Hon. James V. Selna<br>Room 10C<br><br>**NOTICE OF CONDITIONAL SETTLEMENT; REQUEST TO TAKE MOTIONS TO DISMISS OFF CALENDAR AND STAY ACTION FOR 30 DAYS PENDING FILING OF FULL DISMISSAL WITH PREJUDICE**<br><br>**Pending Motions:**<br>**Date:     March 27, 2017**<br>**Time:    1:30pm**<br>**Room:   10C**<br><br>Complaint Filed:   December 19, 2016<br>Trial Date:             None Set |

///

///

Cedar Adams, P.C.
600 W. Santa Ana Blvd.
Suite 202
Santa Ana, CA 92701

Notice Of Conditional Settlement
Case No. 5:17-cv-00058-JVS-SP

- 1 -

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that a conditional settlement agreement has been reached as between Plaintiff Randy Hesri, and, Defendant Wells Fargo Bank, N.A. as Trustee for Soundview Home Loan Trust 2007-OPT1. The terms of the settlement agreement will be completed within 30 days. The settlement agreement will resolve all material issues in this case and result in a full dismissal of the action with prejudice.

The Court is requested to take notice that Defendant Option One Mortgage Corporation <u>was never served</u> by Plaintiff with the Summons and Complaint in this matter and appeared *sua sponte* before a dismissal could be entered by Plaintiff and while settlement discussions were already on-going. Defendant Option One Mortgage Corporation is an unnecessary party to the settlement agreement and can be dismissed from the action forthwith, as deemed appropriate by the court.

The Court is requested to take notice that Defendant The Mortgage Law Firm has filed a notice of nonmonetary status (in the State court) pursuant to *Civil Code* §2924l, in its capacity as a trustee only, is not participating in the litigation, and is an unnecessary party to the settlement agreement.

Consistent with the foregoing, request is made that the Court take all pending motions to dismiss, currently set for hearing on March 27, 2017, off calendar and stay the entire action for thirty (30) days so that the parties can complete the terms of the conditional settlement and file a request for dismissal of the entire action with prejudice.

Further, based upon the foregoing, Plaintiff **will not file oppositions** to the pending motions to dismiss set for hearing on March 27, 2017, as such action is unnecessary given the conditional settlement.

///

///

///

Cedar Adams, P.C.
600 W. Santa Ana Blvd.
Suite 202
Santa Ana, CA 92701

Notice Of Conditional Settlement
Case No. 5:17-cv-00058-JVS-SP

- 2 -

DATED: March 4, 2017                    **CEDAR ADAMS, P.C.**

_____
Attorneys for Plaintiff

Cedar Adams, P.C.
600 W. Santa Ana Blvd.
Suite 202
Santa Ana, CA 92701

Notice Of Conditional Settlement
Case No. 5:17-cv-00058-JVS-SP

- 3 -