JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Randy Hesri, ) | EDCV 17-00058  JVS (SPx) |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL UPON |
| ) | SETTLEMENT OF CASE |
| v. ) | |
| ) | |
| Option One Mortgage Corp., et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |
| ) | |
| _____ ) | |

  The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

  IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: March 7, 2017      _____

           James V. Selna

          United States District Judge